CANADY, J.,
concurring in part and dissenting in part.
I concur with the majority’s decisions to affirm the denial of Peterson’s motion to recuse or disqualify the trial judge, to affirm the denial -of relief regarding the conviction, and to deny habeas relief.. However, I dissent from the decision to vacate the death sentence because, as I have previously explained, Hurst should not be given retroactive effect. See Mosley v. State, 209 So.3d 1248, 1285-91 (Fla. 2016) (Canady, J., concurring in part and dissenting in part). The other penalty phase issues raised by Peterson are without merit. Accordingly, I would affirm Peterson’s death sentence.
POLSTON, J., concurs.